IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SALEH ABDULLA AL-OSHAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-0520 (RMU) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| FAHAD NASSER MOHAMMED AL | ) | |
| SULTAN ALGAHTANI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2265 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## NOTICE OF MULTIPLE PETITIONS FILED BY
## GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the

Court that Guantanamo Bay Detainee ISN 013 has filed petitions for writ of habeas corpus in each of

the above-captioned cases.  Detainee ISN 013 has filed petitions as Muhammed Fahad Al Qahtany in

Al-Oshan v. Bush, No. 05-CV-0520 (RMU), and as Fahad Nasser Mohammed Al Sultan Algahtani in

Algahtani v. Bush, No. 05-CV-2265 (RWR).

Dated:  December 2, 2005                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            KENNETH L. WAINSTEIN
                                            United States Attorney

                                            DOUGLAS N. LETTER
                                            Terrorism Litigation Counsel

                                            ___/s/ Preeya M. Noronha_____
                                            JOSEPH H. HUNT (D.C. Bar No. 431134)
                                            VINCENT M. GARVEY (D.C. Bar No. 127191)
                                            TERRY M. HENRY
                                            JAMES J. SCHWARTZ
                                            PREEYA M. NORONHA
                                            ROBERT J. KATERBERG
                                            NICHOLAS J. PATTERSON
                                            ANDREW I. WARDEN
                                            EDWARD H. WHITE
                                            Attorneys
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch
                                            P.O. Box 883
                                            Washington, D.C. 20044
                                            Tel:  (202) 514-2000

                                            Attorneys for Respondents

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 2, 2005, I caused a copy of the foregoing Notice of Multiple

Petitions Filed by Guantanamo Bay Detainee to be served via Federal Express on counsel for petitioner

Fahad Nasser Mohammed Al Sultan Algahtani at the following address:

> Calvin C. Carr
> 35 Hosmer Road
> Heath, MA 01346
> Tel: (413) 337-5747

>    /s/ Preeya M. Noronha
> PREEYA M. NORONHA
> United States Department of Justice
> Civil Division, Federal Programs Branch
>
> One of the Attorneys for Respondents