IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| FAHAD NASSER MOHAMMED AL SULTAN AlGAHTANI, *et al.,*  Petitioners, <br><br>  v. <br><br> GEORGE W. BUSH, et al., Respondents. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-2265 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO WITHDRAW PETITION**

It appears in accordance with the NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE, filed by Attorneys for respondents, that our client has previously filed a Petition for Habeas Corpus under Muhammed Fahad Al Qahtany in Al-Oshan v. Bush, No. 05-CV-0520 (RMU).

Accordingly it is requested that the present Petition be dismissed.

Dated:     December 8, 2005

Respectfully submitted,

Counsel for Petitioners:

CALVIN C. CARR  (MA 075360)

_____3

35 Hosmer Road
Heath, Massachusetts  01346
Tel: (413)  337-5747

Fax:(413) 337-5355


RUTH E. MCNIFF (ME 3432)

363 West Road
West Gardiner, ME  04345
Tel: (207) 724-7058

MATTHEW T. CONNOLLY (MA 095320)

19 Spartina Place
Falmouth, MA 02540
Tel: (781) 801-2320


*Of Counsel*
Barbara Olshansky (NY0057)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499